UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID S. STEFFEN, ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) ) Defendant. ) ) | Case No. EDCV 07-1032 AJW **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

DATED: September 19, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge